446 A.2d 703

Commonwealth v. Schaeffer, Appellant.

Submitted December 8, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Judgment of sentence affirmed.